Julie C. Erickson, State Bar No. 293111 (julie@eko.law)
Elizabeth A. Kramer, State Bar No. 293129 (elizabeth@eko.law)
Kevin M. Osborne, State Bar No. 261367 (kevin@eko.law)
**ERICKSON KRAMER OSBORNE LLP**
959 Natoma Street
San Francisco, CA 94103
Phone: 415-635-0631
Fax: 415-599-8088

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and GOOGLE LLC,<br><br>        Defendants. | Case No.: 5:26-cv-02624<br><br><br>[PROPOSED] ORDER GRANTING MOTION FOR PROTECTIVE ORDER ALLOWING PLAINTIFF TO PROCEED UNDER PSEUDONYM |

[PROPOSED] ORDER GRANTING MOTION FOR PROTECTIVE ORDER ALLOWING PLAINTIFF TO PROCEED UNDER PSEUDONYM

Case No.: 5:26-cv-02624

THIS MATTER came before the Court on Plaintiff JANE DOE 1's Motion for a Protective Order Allowing Plaintiff to Proceed Under a Pseudonym.

This Court, having considered Plaintiff's Motion and finding good cause therefore, hereby GRANTS the as follows:

The Court grant a protective order under Federal Rule of Civil Procedure 26(c) to permit Plaintiff JANE DOE 1 to proceed under a pseudonym and to ensure all parties keep Plaintiff JANE DOE 1's identity confidential unless otherwise ordered.

**IT IS SO ORDERED.**

DATED: _____                              _____

[PROPOSED] ORDER GRANTING MOTION FOR                    Case No.: 5:26-cv-02624
PROTECTIVE ORDER ALLOWING PLAINTIFF TO
PROCEED UNDER PSEUDONYM

1