AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District Court of California

| | |
|---|---|
| JANE DOE 1, individually and on behalf of others similarly situated, | ) ) ) ) ) |
| _____ Plaintiff(s) | ) ) ) |
| v. | ) Civil Action No.  5:26-cv-02624 -VKD |
| UNITED STATES OF AMERICA and GOOGLE LLC, | ) ) ) ) |
| _____ Defendant(s) | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    United States of America
Address Attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Kevin Osborne
ERICKSON KRAMER OSBORNE LLP
959 Natoma Street
San Francisco, CA 94103
T: (415) 635-0631
E: kevin@eko.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B.Busby*

Date:    4/14/2026    _____
Signature of Clerk or Deputy Clerk

# Attachment

Addresses:

United States Attorney's Office for the Northern District of California

Attn: Civil Process Clerk

450 Golden Gate Avenue

P.O. Box 36055

San Francisco, CA 94102

Attorney General of the United States

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001