Julie C. Erickson, State Bar No. 293111 (julie@eko.law)
Elizabeth A. Kramer, State Bar No. 293129 (elizabeth@eko.law)
Kevin M. Osborne, State Bar No. 261367 (kevin@eko.law)
**ERICKSON KRAMER OSBORNE LLP**
959 Natoma Street
San Francisco, CA 94103
Phone: 415-635-0631
Fax: 415-599-8088

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE 1, individually and on behalf of others similarly situated, | Case No.: 5:26-cv-02624 |
| Plaintiff, | |
| vs. | **PLAINTFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| UNITED STATES OF AMERICA and GOOGLE LLC, | Hon. Virginia K. DeMarchi |
| Defendants. | |

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

The undersigned counsel of record for Plaintiff JANE DOE 1 hereby submits the following disclosure statement:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 1, 2026

**ERICKSON KRAMER OSBORNE LLP**

*/s/ Kevin M. Osborne*
Julie C. Erickson
Elizabeth A. Kramer
Kevin M. Osborne

Attorneys for Plaintiff

PLAINTFF'S CERTIFICATION OF CONFLICTS AND                    Case No.: 5:26-cv-02624
INTERESTED ENTITIES OR PERSONS

1