| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:* <br> Kevin Osborne, Esq., Bar #261367 <br> Erickson Kramer Osborne <br> 959 Natoma Street <br> San Francisco, Ca 94103 <br> *Telephone No:* 415-635-0631 | | | | *For Court Use Only* |

| | |
|---|---|
| *Attorney for:* Plaintiff(s) | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court - Northern District Of California

*Plaintiff(s):* Jane Doe 1, et al.

*Defendant:* United States of America, et al.

| **PROOF OF SERVICE** <br> **Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 26CV02624VKD |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; First Amended Class Action Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Consent / Declination to Magistrate Judge Jurisdiction; Standing Order for Civil Cases for Magistrate Judge Virginia K. Demarchi; Standing Order for All Judges - Contents of Joint Case Management Statement

3. *a. Party served:*          X.AI Corp.
   *b. Person served:*        Kristin Barney, Authorized Agent for United Agent Group

4. *Address where the party was served:*          United Agent Group
                                                   7801 Folsom Blvd., Suite 202
                                                   Sacramento, CA 95826

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Jun. 12, 2026 (2) at: 3:21PM

7. *Person Who Served Papers:*                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jason Marshall                        d. *The Fee for Service was:* $134.00
   **b. Class Action Research & Litigation**   e. I am: (3) registered California process server
    P O Box 740                                   *(i)*  Independent Contractor
    Penryn, CA 95663                             *(ii)*  *Registration No.:*   1998-061
   c. (916) 663-2562, FAX (916) 663-4955          *(iii)*  *County:*            Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   *Date:  Mon, Jun. 15, 2026*

| | | |
|---|---|---|
| **Judicial Council Form** <br> **Rule 2.150.(a)&(b) Rev January 1, 2007** | **PROOF OF SERVICE** <br> **Summons/Complaint** | **(Jason Marshall)** <br> *keosb.300084* |