UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jane Doe 1 et al.                    ,

Plaintiff(s),

v.

United States of America et al    ,

Defendant(s).

Case No. 5:26-cv-02624-VKD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Allison Schultz_____, an active member in good standing of the bar of the District of Columbia_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Google LLC_____ in the above-entitled action. My local co-counsel in this case is Sonal Mehta_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 222086_____.

| | |
|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP<br>2100 Pennsylvania Avenue NW<br>Washington, D.C. 20037 | Wilmer Cutler Pickering Hale and Dorr LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 663-6088 | (650) 600-5051 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| Allison.Schultz@wilmerhale.com | Sonal.Mehta@wilmerhale.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1612839_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2026 _____

Allison Schultz _____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Allison Schultz_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____ June 29, 2026 _____

_Virginia K. DeMarchi_____
HON. VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2