Julie C. Erickson, State Bar No. 293111 (julie@eko.law)
Elizabeth A. Kramer, State Bar No. 293129 (elizabeth@eko.law)
Kevin M. Osborne, State Bar No. 261367 (kevin@eko.law)
**ERICKSON KRAMER OSBORNE LLP**
959 Natoma Street
San Francisco, CA 94103
Phone: 415-635-0631
Fax: 415-599-8088

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5 individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, GOOGLE LLC, and X.AI CORP.,<br><br>    Defendants. | Case No.: 5:26-cv-02624-VKD<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PROTECTIVE ORDER ALLOWING PLAINTIFFS JANE DOE 2, 3, 4, AND 5 TO PROCEED UNDER PSEUDONYMS<br><br>Re:  Dkt. No. 32 |

[PROPOSED] ORDER GRANTING MOTION FOR
PROTECTIVE ORDER ALLOWING PLAINTIFFS JANE
DOE 2, 3, 4, AND 5 TO PROCEED UNDER PSEUDONYMS

Case No.: 5:26-cv-02624-VKD

THIS MATTER came before the Court on Plaintiffs JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5's  Unopposed Motion for a Protective Order Allowing Plaintiffs to Proceed Under a Pseudonyms.

This Court, having considered Plaintiffs' Motion and finding good cause therefore, hereby GRANTS the Motion as follows:

The Court grants a protective order under Federal Rule of Civil Procedure 26(c) to permit Plaintiffs JANE DOE 2, JANE DOE 3, JANE DOE 4, AND JANE DOE 5 to proceed under pseudonyms and to ensure all parties keep Plaintiffs' identities confidential unless otherwise ordered.

**IT IS SO ORDERED.**

DATED:  June 29, 2026

Virginia K. DeMarchi
United States Magistrate Judge

[PROPOSED] ORDER GRANTING MOTION FOR                    Case No.: 5:26-cv-02624-VKD
PROTECTIVE ORDER ALLOWING PLAINTIFFS JANE
DOE 2, 3, 4, AND 5 TO PROCEED UNDER PSEUDONYMS

1