Kevin M. Osborne, State Bar No. 261367
kevin@eko.law
Elizabeth A. Kramer, State Bar No. 293129
elizabeth@eko.law
Julie C. Erickson, State Bar No. 293111
julie@eko.law
**ERICKSON KRAMER OSBORNE LLP**
959 Natoma Street
San Francisco, CA 94103
Telephone: (415) 635-0631

*Attorneys for Plaintiffs*

Robert E. Dunn, State Bar No. 275600
rdunn@eimerstahl.com
**EIMER STAHL LLP**
1999 S. Bascom Ave. Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

*Attorney for Defendant X.AI Corp*

Jordan Hulseberg, D.C. Bar No. 90033542
jordan.a.hulseberg2@usdoj.gov
**U.S. DEPARTMENT OF JUSTICE**
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 598-3856

*Attorney for Defendant United States*

Sonal N. Mehta, State Bar No. 222086
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858 6000

Emily Barnet (*pro hac vice*)
emily.barnet@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

Allison Schultz (*pro hac vice*)
allison.schultz@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663 6000

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5, individually and on behalf of others similarly situated,

Plaintiffs,

v.

UNITED STATES OF AMERICA, GOOGLE LLC, and X.AI Corp.,

Defendants.

Case No. 5:26-cv-02624-VKD

**~~[PROPOSED]~~ STIPULATED PROTECTIVE ORDER REGARDING PLAINTIFFS' IDENTITIES**

Judge: Hon. Virginia K. DeMarchi

Re: Dkt. No. 37

Plaintiffs and Defendants United States of America ("United States"), Google LLC ("Google"), and X.AI Corp. ("X.AI") have agreed to a mechanism to provide the identities of JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5 to counsel for Defendants in the above-captioned litigation, as well as to certain other individuals, as set forth below.

Any person subject to this Protective Order shall adhere to these terms, upon pain of contempt:

1. Upon entry of this Protective Order, each Jane Doe, through her counsel, will provide her identity to the undersigned defense counsel.

2. The following persons may receive notice of the Jane Doe identities: (a) counsel for Google, counsel for X.AI, and counsel for United States in this litigation; (b) Google employees, X.AI employees, and United States employees who have a need to know the Jane Doe identities in the performance of their duties related to this litigation; (c) persons regularly in the employ of or consultants to counsel for Google, counsel for X.AI, and counsel for United States in this litigation who have a need to know the Jane Doe identities in the performance of their duties related to this litigation and who have signed the Non-Disclosure Agreement; and (d) expert witnesses disclosed under Federal Rule of Civil Procedure 26(a)(2) who have signed the Non-Disclosure Agreement.

3. With respect to individuals not covered by paragraph 2, counsel for Google, counsel for X.AI, and counsel for United States may make a written request to Plaintiffs' counsel describing the individual(s) and their need to know the Jane Doe identities. Plaintiffs' counsel will respond to such requests within seven (7) days. Individuals permitted to receive notice of the Jane Doe identities will first sign the Non-Disclosure Agreement.

4. Counsel for Google, counsel for X.AI, and counsel for United States shall maintain copies of all signed undertakings of the Non-Disclosure Agreement.

5. Any person who learns of the Jane Doe identities pursuant to this Protective Order shall use that information only for purposes of this litigation and shall not disclose any Jane Doe identities to anyone except persons identified in paragraph 2, absent Court order.

**IT IS SO STIPULATED**, through undersigned Counsel of Record.

Dated: June 29, 2026

Respectfully submitted,

*/s/ Elizabeth A. Kramer*
ERICKSON KRAMER OSBORNE LLP
Kevin Osborne (SBN 261367)
kevin@eko.law
Elizabeth A. Kramer (SBN 293129)
elizabeth@eko.law
Julie C. Erickson (SBN 293111)
julie@eko.law
959 Natoma Street
San Francisco, CA 94103
Telephone: (415) 635-0631

*Counsel for Plaintiffs*

*/s/ Sonal N. Mehta*
WILMER CUTLER PICKERING
HALE AND DORR LLP
Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858 6000

WILMER CUTLER PICKERING
HALE AND DORR LLP
Emily Barnet (*pro hac vice*)
emily.barnet@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

WILMER CUTLER PICKERING
HALE AND DORR LLP
Allison Schultz (*pro hac vice*)
allison.schultz@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington D.C. 20037
Telephone: (202) 663 6000

*Counsel for Defendant Google LLC*

*/s/ Robert E. Dunn*
EIMER STAHL LLP
Robert E. Dunn (SBN 275600)
rdunn@eimerstahl.com
1999 S. Bascom Ave. Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

*Counsel for Defendant X.AI Corp.*

BRETT A. SHUMATE
*Assistant Attorney General*
*Civil Division*

ELIZABETH SHAPIRO
*Deputy Director*
*Federal Programs Branch*

*/s/ Jordan A. Hulseberg*
JORDAN A. HULSEBERG
(D.C. Bar No. 90033542)
*Trial Attorney*
*United States Department of Justice*
*Civil Division, Federal Programs Branch*
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-3856
Fax: (202) 616-8470
Email: jordan.a.hulseberg2@usdoj.gov

*Counsel for United States*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 29, 2026

Virginia K. DeMarchi
The Honorable Virginia K. DeMarchi
United States Magistrate Judge

**APPENDIX 1**

**NON-DISCLOSURE AGREEMENT**

I, _______________, acknowledge that I have read and understand the Protective Order in this action dated [_________ _____, 2026. I agree to comply with and to be bound by all the terms of this Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Protective Order to any person or entity except in strict compliance with the provisions of this Order. By acknowledging these obligations under the Protective Order, I understand that I am submitting myself to the jurisdiction of the United States District Court for the Northern District of California for the purpose of any issue or dispute arising hereunder and that my willful violation of any term of the Protective Order could subject me to punishment for contempt of Court.

Dated: ________________ ____________________________

Name:
Title: