UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE 1, et al., | Case No. 26-cv-02624-VKD |
| Plaintiffs, | |
| v. | **ORDER ON STIPULATION RE ANSWER OR RESPONSE TO COMPLAINT AND BRIEFING SCHEDULE** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | Re: Dkt. No. 39 |

The Court adopts as an order the parties' stipulation regarding defendants' time to answer or otherwise respond to the complaint and a briefing schedule for defendants' anticipated motions to dismiss (Dkt. No. 39) as follows:

1.    The deadline for each defendant to answer or otherwise respond to the complaint is **August 7, 2026**.

2.    Plaintiffs shall have 60 days to oppose any dispositive motions that may be filed.

3.    Defendants shall have 21 days to reply.

4.    The Court sets a hearing on the anticipated motions to dismiss for **November 17, 2026, 10:00 a.m.** in Courtroom 2.

As discussed at the initial case management conference, the Court expects the parties to confer and coordinate with one another, so as to avoid multiple duplicative briefs addressing overlapping issues.

**IT IS SO ORDERED.**

Dated: July 1, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California