Sonal N. Mehta, State Bar No. 222086
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858 6000

Emily Barnet (*pro hac vice*)
emily.barnet@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

Allison Schultz (*pro hac vice*)
allison.schultz@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663 6000

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5, individually and on behalf of others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, GOOGLE LLC, and X.AI Corp.,<br><br>            Defendants. | Case No. 5:26-cv-02624-VKD<br><br>**DECLARATION OF EMILY BARNET IN SUPPORT OF MOTION TO STAY DISCOVERY**<br><br>**Civ. L. R. 6-1, 6-2, 7-12**<br><br>Judge: Hon. Virginia K. DeMarchi |

I, Emily Barnet, declare:

1.    I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP.  I represent Defendant Google LLC ("Google") in this matter.  I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would competently testify to the matters stated herein.

2.    I submit this declaration in support of Google and xAI's Joint Motion to Stay Discovery.

3.    On March 26, 2026, Plaintiffs filed suit.

4.    Plaintiffs did not serve Google with the original complaint.

5.    On June 8, 2026, Plaintiffs filed their First Amended Complaint.

6.    Also on June 8, 2026, Plaintiffs sought a waiver of service from Google.

7.    Google signed the waiver of service form on June 10, 2026.

8.    Plaintiffs insisted on proceeding with a Rule 26(f) conference shortly after Google waived service, against Google's objection that the initial case management conference should be adjourned until after resolution of Defendants' forthcoming motions to dismiss.

9.    On June 30, 2026, Plaintiffs served Google with their First Sets of Requests for Production.

10.    It is my understanding that Plaintiffs also served xAI with their First Sets of Requests for Production on June 30, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of July, 2026, in New York, New York.

*/s/ Emily Barnet*
Emily Barnet

DECLARATION OF EMILY BARNET ISO MOTION TO STAY DISCOVERY