United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JANE DOE 1, et al.,

      Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

      Defendants.

Case No.  26-cv-02624-VKD

**ORDER DIRECTING UNITED STATES TO DELIVER CHAMBERS COPY**

Re: Dkt. No. 47

The Court's Standing Order for Civil Cases requires parties to deliver chambers copies of filings "no later than the close of the next court day following the day that the paper was electronically filed."  Additionally, "[c]hambers copies must be double-sided and 3-hole punched along the left margin of the paper," "marked with the notation 'Chambers Copy' and submitted to the Clerk's Office in an envelope marked with the case name, case number, and the words 'Magistrate Judge DeMarchi Chambers Copies.'"

The Court has not yet received chambers copies of the United States' July 8, 2026 motion to stay discovery (Dkt. No. 47).  By **4:00 p.m. on July 13, 2026**, the United States shall deliver a chambers copy of that filing in accordance with this Court's Standing Order for Civil Cases.

      **IT IS SO ORDERED.**

Dated: July 10, 2026

Virginia K. DeMarchi
United States Magistrate Judge