United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jane Doe 1, et al.                    ,

　　　　Plaintiff(s),

　　v.

United States of America, et al    ,

　　　　Defendant(s).

Case No. 5:26-cv-02624-VKD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Reid E. Coleman_____, an active member in good standing of the bar of Texas_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: X.AI Corp._____ in the above-entitled action. My local co-counsel in this case is Robert E. Dunn_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 275600_____.

800 W. Cesar Chavez Dr., Austin, TX 78701
MY ADDRESS OF RECORD

MY TELEPHONE # OF RECORD

rcoleman@x.ai
MY EMAIL ADDRESS OF RECORD

1999 S. Bascom Ave., Ste. 1025, Campbell, CA 95008
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

408.889.1690
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

rdunn@eimerstahl.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24127024_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/24/2026_____

Reid E. Coleman_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Reid E. Coleman_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____July 27, 2026_____

_____
UNITED STATES MAGISTRATE JUDGE
VIRGINIA K. DEMARCHI

United States District Court
Northern District of California

Updated 11/2021

2