**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, GOOGLE LLC, and X.AI Corp., <br><br> Defendants. | Case No. 5:26-cv-02624-VKD <br><br> **PROPOSED ORDER** |

**PROPOSED ORDER**

This matter is before the Court upon Defendant United States' Motion to Dismiss Count I of Plaintiffs' Amended Complaint. The Court has reviewed the Motion, Plaintiffs' Amended Complaint, and the record in this case. It is hereby **ORDERED** that Defendant United States' Motion to Dismiss shall be, and hereby is, **GRANTED** and Count I of Plaintiffs' Complaint is **DISMISSED**.

Dated: _____, 2026

VIRGINIA K. DEMARCHI
U.S. MAGISTRATE JUDGE
FOR THE NORTHERN DISTRICT OF
CALIFORNIA
