**ERICKSON KRAMER OSBORNE LLP**
Kevin Osborne, State Bar No. 261367
kevin@eko.law
Elizabeth Antonia Kramer, State Bar No. 293129
elizabeth@eko.law
Julie C. Erickson, State Bar No. 293111
julie@eko.law
959 Natoma Street
San Francisco, CA 94103
Telephone: (415) 635-0631

*Attorneys for Plaintiffs*

**U.S. DEPARTMENT OF JUSTICE**
Jordan A. Hulseberg, D.C. Bar No. 90033542
jordan.a.hulseberg2@usdoj.gov
1100 L St. NW
Washington, DC 20005
Telephone: (202) 598-3856

*Attorney for the United States of America*

**EIMER STAHL LLP**
Robert E. Dunn, State Bar No. 275600
rdunn@eimerstahl.com
1999 S. Bascom Ave. Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

*Attorneys for Defendant X.AI Corp.*

[Additional counsel listed on signature page]

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Sonal N. Mehta, State Bar No. 222086
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858 6000

Emily Barnet (*pro hac vice*)
emily.barnet@wilmerhale.com
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

Allison Schultz (*pro hac vice*)
allison.schultz@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5, individually and on behalf of others similarly situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA, GOOGLE LLC, and X.AI Corp.,<br><br>                              Defendants. | Case No. 5:26-cv-02624-VKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING REMOTE ACCESS TO AUGUST 18, 2026 HEARING**<br><br>Judge: Hon. Virginia K. DeMarchi |

This Stipulation is entered into by and among Plaintiffs Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, and Jane Doe 5; Defendant the United States of America; Defendant Google LLC; and Defendant X.AI Corp., by and through their respective counsel of record, with reference to the following facts:

WHEREAS, a hearing in this matter is scheduled for August 18, 2026, at 10:00 a.m.;

WHEREAS, the Parties understand that the hearing will be conducted in person and arguing counsel intend to appear in person;

WHEREAS, counsel for Google LLC has requested that the Court permit remote access so that in-house counsel may observe the hearing via Zoom;

WHEREAS, the Parties have met and conferred and agree to the provision of remote access, subject to the Court's approval;

THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and respectfully request that the Court permit remote access to the August 18, 2026 hearing via Zoom or by such other remote means as the Court deems appropriate.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated:  August 12, 2026

/s/      Kevin Osborne
Kevin Osborne (SBN 261367)
kevin@eko.law
Elizabeth Antonia Kramer (SBN 293129)
elizabeth@eko.law
Julie C. Erickson (SBN 293111)
julie@eko.law
**ERICKSON KRAMER OSBORNE LLP**
959 Natoma Street
San Francisco, CA 94103
Telephone: (415) 635-0631

*Attorneys for Plaintiffs*

/s/      Jordan Hulseberg

Jordan A. Hulseberg (D.C. Bar No. 90033542)
jordan.a.hulseberg2@usdoj.gov
**UNITED STATES DEPARTMENT
OF JUSTICE**
1100 L St. NW
Washington, DC 20005
Telephone: (202) 598-3856

BRETT A. SHUMATE
*Assistant Attorney General
Civil Division*

ELIZABETH SHAPIRO
*Deputy Director Federal
Programs Branch*

*Attorneys for the United States of America*

Respectfully submitted,

/s/      Emily Barnet
Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858 6000

Emily Barnet (*pro hac vice*)
emily.barnet@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

Allison Schultz (*pro hac vice*)
allison.schultz@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant Google LLC*

/s/      Kenton Skarin

Robert E. Dunn (SBN 275600)
rdunn@eimerstahl.com
**EIMER STAHL LLP**
1999 S. Bascom Ave. Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

Kenton Skarin (*pro hac vice*)
kskarin@x.ai
Reid Coleman (*pro hac vice*)
rcoleman@x.ai
800 W. Cesar Chavez St.
Austin, TX 78701

*Attorneys for Defendant X.AI Corp.*

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:

_____
The Honorable Virginia K. DeMarchi
United States Magistrate Judge

3

## **SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated:  August 12, 2026                          By:  */s/ Emily Barnet*