United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JANE DOE 1, et al.,

      Plaintiffs,

   v.

UNITED STATES OF AMERICA, et al.,

      Defendants.

Case No.  26-cv-02624-VKD

**ORDER GRANTING AS MODIFIED STIPULATED REQUEST RE REMOTE ACCESS TO AUGUST 18, 2026 HEARING**

Re: Dkt. No. 60

The parties jointly stipulate and request that Google's in-house counsel be permitted to access the August 18, 2026 hearing via remote means.  Dkt. No. 60.  The request is granted as modified:  Google's in-house counsel may access the August 18, 2026 proceedings via telephone. In-house counsel shall dial-in to the courtroom, 408-808-3980, five minutes before the 10:00 a.m. start of the hearing.[1]

     **IT IS SO ORDERED.**

Dated: August 13, 2026

Virginia K. DeMarchi
United States Magistrate Judge

---

[1] The Court's telephone access is limited to two lines (one caller per line).  If more than one line is required for the August 18, 2026 hearing, the parties shall contact the courtroom deputy, vkdcrd@cand.uscourts.gov no later than 9:00 a.m. on August 17, 2026.