Jordan A. Hulseberg
Jordan.a.hulseberg2@usdoj.gov
**U.S. Department of Justice**
**Civil Division, Federal Programs Branch**
1100 L St. NW
Washington, DC 20005
Telephone: (202) 598-3856

*Attorney for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, GOOGLE LLC, and X.AI Corp.,<br><br>Defendants. | Case No. 5:26-cv-02624-VKD<br><br>**DEFENDANT UNITED STATES' LETTER REGARDING PLAINTIFFS' STIPULATION** |

**LETTER REGARDING PLAINTIFFS' STIPULATION**

To this honorable Court,

As both Plaintiffs and the Government agree, the Second Amended Complaint "does not alter Plaintiffs' allegations or claims" against the Government. Stipulation at 1, ECF No. 73. Likewise, the Second Amended Complaint does not affect any argument raised in the Government's motion to dismiss, which has been fully briefed and set for a hearing on November 17, 2026, at 10:00 a.m. If the Government were to file a second motion to dismiss, now directed at the Second Amended Complaint, that motion would be substantively identical to its current motion. *See* Mot. to Dismiss, ECF No. 58. And as Plaintiffs acknowledge that nothing has changed with respect to their claims against the Government, their arguments against such a motion are likely to be identical as well.

The Government stands ready to present arguments in support of its motion to dismiss at the presently scheduled hearing on November 17. Holding this hearing, notwithstanding Plaintiffs' Second Amended Complaint, would enable judicial economy by limiting duplicative briefing and would provide for the speedy determination of this proceeding.

On November 9, 2026, Plaintiffs provided the Government with a copy of their proposed Second Amended Complaint. The following day, on November 10, 2026, Plaintiffs shared their proposed stipulation for the Second Amended Complaint, which requested the Court vacate next week's hearing and potentially postpone it for months. Hours later, Plaintiffs served a new round of production and admission requests, the first since their initial request more than three months ago on July 30, 2026. With this Second Amended Complaint, Plaintiffs seek to procure additional time for invasive discovery, following months of their own inaction, before this Court can rule on the Government's dispositive motion. But the amendments to Plaintiffs' Complaint have nothing to do with the Government or its motion to dismiss. This Court denied the Government's motion to stay discovery. Order, ECF No. 68. Because the court denied the stay of discovery, it should

resolve the Government's motion to dismiss at the earliest opportunity, rather than delay resolution based on an amendment concerning issues unrelated to the Government's motion.

Dated: November 11, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Assistant Attorney General
Civil Division

ELIZABETH K. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Jordan A. Hulseberg*

JORDAN A. HULSEBERG
(D.C. Bar No. 90033542)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-3856
Email: Jordan.A.Hulseberg2@usdoj.gov

*Attorneys for United States*