Julie C. Erickson, State Bar No. 293111 (julie@eko.law)
Elizabeth A. Kramer, State Bar No. 293129 (elizabeth@eko.law)
Kevin M. Osborne, State Bar No. 261367 (kevin@eko.law)
**ERICKSON KRAMER OSBORNE LLP**
959 Natoma Street
San Francisco, CA 94103
Phone: 415-635-0631
Fax: 415-599-8088

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5, individually and on behalf of others similarly situated,

Plaintiffs,

vs.

UNITED STATES OF AMERICA, GOOGLE LLC, and X.AI CORP.,

Defendants.

Case No.: 5:26-cv-02624-VKD

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT**

Judge: Hon. Virginia K. DeMarchi

Re: Dkt. No. 73

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Civil Local Rule 7-12 of the Northern District of California Civil Local Rules, Plaintiffs Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, and Jane Doe 5 ("Plaintiffs") and Defendants United States of America, Google LLC, and X.AI Corp. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and jointly request an order as follows:

**WHEREAS,** Defendants filed motions to dismiss the First Amended Complaint, Dkt. Nos. 58 and 59, which are currently set for hearing on November 17, 2026, at 10:00 a.m.;

**WHEREAS,** Plaintiffs intend to file a Second Amended Class Action Complaint for Injunctive Relief and Damages, and Demand for Jury Trial ("Second Amended Complaint") to add factual allegations against Defendants Google LLC, and X.AI Corp. and withdraw JANE DOE 4 as a named Plaintiff;

**WHEREAS,** on November 6, 2026, counsel for Plaintiffs met and conferred with counsel for Defendants Google LLC, and X.AI Corp. regarding Plaintiffs' proposed amendments and the effect of those amendments on the pending motions to dismiss;

**WHEREAS**, the proposed amendments do not alter Plaintiffs' allegations or claims against Defendant United States of America;

**WHEREAS**, on November 9, 2026, Plaintiffs' counsel provided Defendants' counsel with a redlined version of the proposed Second Amended Complaint for review;

**WHEREAS,** in the interest of not burdening the Court with additional briefing, Defendants consent to Plaintiffs' filing of the proposed Second Amended Complaint attached to this stipulation as **Exhibit A** with the understanding that Defendants maintain that the Second Amended Complaint remains deficient for the reasons raised in their prior motion to dismiss and without prejudice to raising all appropriate grounds for dismissal;

**WHEREAS,** a redlined version comparing the proposed Second Amended Complaint to the operative First Amended Complaint is attached to this stipulation as **Exhibit B**;

**WHEREAS,** Google LLC, X.AI Corp., and Plaintiffs agree that filing the Second Amended Complaint will moot Google LLC's and X.AI Corp.'s pending motions to dismiss the First Amended Complaint;

**WHEREAS,** the federal Defendants request the Court hold a hearing on its motion to dismiss notwithstanding Plaintiffs' Second Amended Complaint as the Second Amended Complaint does not affect any of Plaintiffs' claims against the Government or the federal Defendants' motion to dismiss, which has been fully briefed and scheduled for a hearing on November 17, 2026, at 10:00 a.m.;

**WHEREAS,** Google LLC's position is that it would be most efficient for all motions to dismiss to be heard together, and—if any extension of this Court's default response deadline and briefing schedule is necessary—the Parties have agreed to set a schedule that allows for a hearing no later than February 2027; and

**WHEREAS,** Defendants' consent to the filing of the Second Amended Complaint does not constitute agreement with its allegations or an admission that any claim is legally sufficient.

**NOW, THEREFORE,** IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants consent to Plaintiffs' filing of the Second Amended Complaint in the form attached as **Exhibit A**. A redlined version comparing the proposed Second Amended Complaint to the operative First Amended Complaint is attached as **Exhibit B** for the Court's reference.
2. Plaintiffs shall separately file and serve the Second Amended Complaint in the form attached as **Exhibit A** within one day after entry of the Court's order approving this stipulation.
3. Upon filing, the Second Amended Complaint shall supersede the First Amended Complaint and become the operative complaint in this action.
4. Upon the filing of the Second Amended Complaint, Google LLC and X.AI Corp.'s motion to dismiss the First Amended Complaint, Dkt. No. 59, shall be denied as moot,

without prejudice to Defendants' right to move to dismiss or otherwise respond to the Second Amended Complaint.

5. Defendants shall answer, move to dismiss, or otherwise respond to the Second Amended Complaint within the time provided by Federal Rule of Civil Procedure 15(a)(3), unless otherwise ordered by the Court.

6. Except as expressly provided in this stipulation, the Parties preserve all claims, defenses, arguments, and objections available to them. Defendants' consent to amendment does not waive any defense or objection that remains available under the applicable rules and law.

7. All other dates and deadlines previously established by the Court shall remain unchanged unless otherwise ordered.

Dated: November 11, 2026

/s/ *Kevin M. Osborne*

Elizabeth Kramer, SBN 293129
(elizabeth@eko.law)
Julie C. Erickson, SBN 293111
(julie@eko.law)
Kevin M. Osborne, SBN 261367
(kevin@eko.law)
**ERICKSON KRAMER OSBORNE LLP**
959 Natoma St.
San Francisco, California 94103
Tel: 415-635-0631

*Counsel for Plaintiffs*

Dated: November 11, 2026

/s/ *Robert E. Dunn*

Robert E. Dunn (SBN 275600)
(rdunn@eimerstahl.com)
**EIMER STAHL LLP**
1999 South Bascom Ave., Suite 1025
Campbell, CA 95008
Tel: 408-889-1690

*Counsel for Defendant X.AI Corp.*

Dated: November 11, 2026

JONATHAN D. GUYNN
Acting Assistant Attorney General

ELIZABETH K. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ *Jordan A. Hulseberg*

Jordan A. Hulseberg
(jordan.a.hulseberg2@usdoj.gov)
**UNITED STATES DEPARTMENT OF JUSTICE**
1100 L St. NW
Washington, DC 20005
Tel: 202-598-3856

*Counsel for Defendant United States of America.*

Dated: November 11, 2026

/s/ *Sonal N. Mehta*

Sonal N. Mehta (SBN 275600)
(sonal.mehta@wilmerhale.com)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: 650-858-6000

*Counsel for Defendant Google LLC*

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Parties' stipulation is GRANTED. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs are granted leave to file the Second Amended Complaint in the form attached to the stipulation as Exhibit A;
2. Plaintiffs shall separately file and serve the Second Amended Complaint in the form attached as Exhibit A within one business day after entry of this Order.
3. Upon filing, the Second Amended Complaint shall supersede the First Amended Complaint and become the operative complaint in this action.
4. Upon the filing of the Second Amended Complaint, Google and X.AI's pending motion to dismiss the First Amended Complaint, Dkt. No. 59, shall be DENIED AS MOOT, without prejudice to Google and X.AI's right to move to dismiss or otherwise respond to the Second Amended Complaint.
5. The hearing on Google and X.AI's motion currently scheduled for November 17, 2026, at 10:00 a.m. is VACATED.
6. The federal Defendants' motion to dismiss and the hearing on that motion currently scheduled for November 17, 2026, at 10:00 a.m. shall proceed as scheduled. ~~is [neither denied nor vacated/denied and vacated without prejudice to the federal Defendants' right to move to dismiss or otherwise respond to the Second Amended Complaint].~~
7. Except as expressly provided in this Order, all other dates and deadlines previously established by the Court remain unchanged.

Dated: November 12, 2026

Virginia K. DeMarchi

The Honorable Virginia K. DeMarchi
United States Magistrate Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: November 11, 2026 /s/ *Kevin M. Osborne*