Sonal N. Mehta, State Bar No. 222086
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

Emily Barnet (*pro hac vice*)
emily.barnet@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

Allison Schultz (*pro hac vice*)
allison.schultz@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant Google LLC*
(*Additional counsel on signature page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, and JANE DOE 5, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, GOOGLE LLC, and X.AI CORP.,<br><br>Defendants. | Case No.: 5:26-cv-02624-VKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Virginia K. DeMarchi |

**STIPULATION**

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs Jane Doe 1, Jane Doe 2, Jane Doe 3, and Jane Doe 5 ("Plaintiffs") and Google LLC and X.AI Corp. (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and jointly request an order as follows:

**WHEREAS,** Plaintiffs filed a Second Amended Class Action Complaint for Injunctive Relief and Damages, and Demand for Jury Trial ("Second Amended Complaint") on November 13, 2026;

**WHEREAS,** Google and xAI intend to move to dismiss the Second Amended Complaint;

**WHEREAS**, the Parties have conferred and agree that good cause exists to extend the time for Google and xAI to respond to the Second Amended Complaint;

**WHEREAS,** the Parties have conferred and agreed to extend the deadline for Google and xAI to move to dismiss the Second Amended Complaint to December 15, 2026;

**WHEREAS,** the Parties have conferred and agreed that Plaintiffs shall file an opposition to Google and xAI's motion to dismiss on January 11, 2027;

**WHEREAS,** the Parties have conferred and agreed that Google and xAI shall file a reply in support of their motion to dismiss on January 25, 2027.

**WHEREAS,** the Parties have conferred and respectfully request a hearing on Google and xAI's forthcoming motion to dismiss on the 9th or 23rd of February 2027, or another date convenient to the Court.

**NOW, THEREFORE,** IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. The deadline for Google and xAI to file a motion to dismiss the Second Amended Complaint shall be December 15, 2026.
2. The deadline for Plaintiffs to respond to Google and xAI's motion to dismiss shall be January 11, 2027.

3. The deadline for Google and xAI to file a reply in support of their motion to dismiss shall be January 25, 2027.
4. A hearing on Google and xAI's motion to dismiss shall be held on the 9th or 23rd of February, or at the Court's convenience.

Dated: November 20, 2026

*/s/ Kevin M. Osborne*

Elizabeth Kramer (SBN 293129)
(elizabeth@eko.law)
Julie C. Erickson (SBN 293111)
(julie@eko.law)
Kevin M. Osborne (SBN 261367)
(kevin@eko.law)
**ERICKSON KRAMER OSBORNE LLP**
959 Natoma St.
San Francisco, California 94103
Tel: 415-635-0631

*Counsel for Plaintiffs*

Dated: November 20, 2026

*/s/ Robert E. Dunn*

Robert E. Dunn (SBN 275600)
(rdunn@eimerstahl.com)
**EIMER STAHL LLP**
1999 South Bascom Ave., Suite 1025
Campbell, CA 95008
Tel: 408-889-1690

*Counsel for Defendant X.AI Corp.*

Dated: November 20, 2026

*/s/ Emily Barnet*

Emily Barnet (*pro hac vice*)
(emily.barnet@wilmerhale.com)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

*Counsel for Defendant Google LLC*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Parties' stipulation is GRANTED.
2. The deadline for Google and xAI to file a motion to dismiss the Second Amended Complaint shall be December 15, 2026.
3. The deadline for Plaintiffs to respond to Google and xAI's motion to dismiss shall be January 11, 2027.
4. The deadline for Google and xAI to file a reply in support of their motion to dismiss shall be January 25, 2027.
5. A hearing on Google and xAI's motion to dismiss shall be held on February _____, 2027.

Dated: ________________ ________________________________________

The Honorable Virginia K. DeMarchi
United States Magistrate Judge

**CIVIL RULE 5-1(i)(3) ATTESTATION**

I, Emily Barnet, am the ECF User whose ID and password are being used to file this stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: November 20, 2026

Respectfully submitted,

/s/ *Emily Barnet*

Emily Barnet